# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-125 |
| | * | |
| v. | * | |
| | * | |
| CHIEF JAY WIGGINS; and | * | |
| INVESTIGATOR JAY STRICKLAND, | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order, **DENIES as moot** Defendants' Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

SO ORDERED, this \_\_\_23\_\_\_ day of \_\_\_March_____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)